**Dismissed and Memorandum Opinion filed January 18, 2024**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00838-CR

## EX PARTE JOHN D. BERNARD

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1835479**

### MEMORANDUM OPINION

This is an appeal from the denial of appellant's application for writ of habeas corpus. On December 13, 2023, appellant filed a motion to dismiss because he signed a plea agreement and the trial court signed a judgment of conviction. Appellant has since been released from custody.

The issues regarding appellant's pre-trial habeas restraint have been rendered moot by entry of his plea of guilty to the underlying criminal offense. *Saucedo v. State*, 795 S.W.2d 8, 9 (Tex. App.—Houston [14th Dist.] 1990, no writ). The longstanding rule in Texas regarding habeas corpus is that "where the

premise of a habeas corpus application is destroyed by subsequent developments, the legal issues raised thereunder are rendered moot." *Id.* (citing *Ex parte Branch*, 553 S.W.2d 380 (Tex. Crim. App. 1997)).

Accordingly, we grant appellant's motion and dismiss the appeal as moot.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Jewell.

Do Not Publish — Tex. R. App. P. 47.2(b)